RECEIVED
IN ALEXANDRIA, LA.

JAN 1 3 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEREK D. HARRIS | CIVIL ACTION NO. 13-598 |
| VERSUS | JUDGE TRIMBLE |
| STEPHEN KUPLESKY, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously issued herein, noting plaintiff's timely objections thereto, and concurring with the proposed findings of the magistrate judge after full review of the record in this matter, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint is **DENIED** and **DISMISSED** as **FRIVOLOUS** and failing to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A.

**The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.**

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 13 day of January, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE